**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Keith Leonard Elliot, | No. CV 05-3153-PHX-JAT |
| Plaintiff, | **ORDER** |
| vs. | |
| Joseph Arpaio, | |
| Defendant. | |

On April 13, 2006, the Magistrate Judge ordered Plaintiff to show cause why this case should not be dismissed. (Doc. #6). Plaintiff failed to respond and on May 16, 2006, the Magistrate Judge issued a Report and Recommendation ("R&R") (Doc. #8) recommending that this case be dismissed.

Neither party has filed objections to the R&R.[1] Accordingly, the Court hereby accepts the R&R. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not required to conduct "any review at all . . . *of any issue* that is not the subject of an objection" (emphasis added)); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) ("statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)); *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003).

---

[1] Defendant has not been served and has not appeared.

1    Accordingly,

2    **IT IS ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. #8)
3    is **ACCEPTED**; and

4    **IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT**
5    **PREJUDICE** for failure to comply with Court orders pursuant to Federal Rule of Civil
6    Procedure 41(b).

7    DATED this 18th day of July, 2006.

*James A. Teilborg*
United States District Judge